SEYFARTH SHAW LLP
Lawrence E. Butler (SBN 111043)
Giovanna A. Ferrari (SBN 229871)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Anthony J. Musante (SBN 252097)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
PUBLISHERS BUSINESS SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART JOHNSON and EVA JOHNSON, individually, and on behalf of other persons similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>PUBLISHERS BUSINESS SERVICES, INC., and DOES 1 through 10, Inclusive<br><br>    Defendants. | Case No. 07-CV-01394-MCE-GGH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

///

///

///

///

///

///

///

1

STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS HEREBY STIPULATED by and between Plaintiffs ART JOHNSON and EVA
2  JOHNSON, and Defendant PUBLISHERS BUSINESS SERVICES, INC., through their
3  respective counsel of record, that Plaintiffs' entire complaint and all causes of action therein are
4  dismissed WITH PREJUDICE.  Each party will bear its own attorneys' fees and costs of suit.
5
6  DATED: May ____, 2008                                    SEYFARTH SHAW LLP
7
8                                                                           By_____/s/_____
                                                                                   Lawrence E. Butler
9                                                                              Giovanna A. Ferrari
                                                                                   Anthony J. Musante
10                                                                         Attorneys for Defendant
                                                                                PUBLISHERS BUSINESS SERVICES,
11                                                                         INC.
                                                                                CALLAHAN, McCUNE & WILLIS, APLC
12  DATED: May ____, 2008
13                                                                           By_____/s/_____
                                                                                   Douglas Wright
14                                                                         Attorneys for Plaintiffs
                                                                                ART AND EVA JOHNSON
15
16
17
18                                                 **ORDER**
19
20       IT IS SO ORDERED.
21  DATED: June 2, 2008
22
23                                                         _____
                                                                 MORRISON C. ENGLAND, JR
                                                                 UNITED STATES DISTRICT JUDGE
24
25
26
27
28

2
STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com